# IN THE SUPREME COURT OF THE STATE OF NEVADA

TERESA GRAVELLE,
Petitioner,
vs.
THE SIXTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
HUMBOLDT; ANNE K. CARPENTER;
AND THE HONORABLE MICHAEL
MONTERO, DISTRICT JUDGE,
Respondents,
and
THE STATE OF NEVADA,
Real Party in Interest.

No. 81977

**FILED**

NOV 12 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## *ORDER DENYING PETITION*

This original petition for a writ of habeas corpus seeks to discharge petitioner from probation. Such a writ should be sought in the district court in the first instance. *See* NRAP 22 ("An application for an original writ of habeas corpus should be made to the appropriate district court" in the first instance). Accordingly, we

ORDER the petition DENIED.

_____, C.J.
Pickering

_____, J.
Hardesty

_____, J.
Silver

20-41274

cc: Hon. Michael Montero, District Judge
Miller Law, Inc.
Attorney General/Carson City
Humboldt County District Attorney
Humboldt County Clerk